IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DON WAYNE MCDANIEL, | * |
| Plaintiff, | * |
| vs. | *  No. 4:11CV00282 SWW |
| SPRINT COMMUNICATIONS CO., L.P. and LEVEL 3 COMMUNICATIONS, LLC., | * |
| Defendants. | * |

# **ORDER**

Before the Court is the parties' joint motion to stay proceedings pending finalization of settlement. Having considered the motion [docket entry 13], the Court determines it should be granted. The Court directs the parties to file a status report no later than six months from the date of entry of this Order.

DATED this 31st day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE