IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DON WAYNE MCDANIEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00282 SWW |
| | * | |
| SPRINT COMMUNICATIONS CO., L.P. | * | |
| and LEVEL 3 COMMUNICATIONS, LLC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**ORDER**

Before the Court is the parties' status report on settlement negotiations. The Court finds the stay should be continued and directs the parties to file a status report no later than ninety (90) days from the date of entry of this Order.

DATED this 2nd day of December, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE