IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DON WAYNE MCDANIEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00282 SWW |
| | * | |
| SPRINT COMMUNICATIONS CO., L.P. | * | |
| and LEVEL 3 COMMUNICATIONS, LLC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## **ORDER**

The Fairness Hearing previously set for August 17, 2012, is rescheduled for **Thursday, December 6, 2012 at 1:00** in Courtroom A530.

DATED this 27th day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE