IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DON WAYNE MCDANIEL, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:11CV00282 SWW |
| | * | |
| SPRINT COMMUNICATIONS CO., L.P. | * | |
| and LEVEL 3 COMMUNICATIONS, LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**ORDER**

Pursuant to the Order and Judgment entered in this matter, the Court hereby lifts the stay and dismisses the case with prejudice. The Court retains jurisdiction to enforce the settlement agreement.

SO ORDERED this 26th day of June, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE